IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


JOHN A. TIDWELL, et al.                     )
                                            )
v.                                          ) NO. 1-10-0090
                                            ) JUDGE CAMPBELL
KENNY TAYLOR, et al.                        )


ORDER


Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 112), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss for Insufficiency of Service of Process (Docket No. 55) is DENIED.

IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE